# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

TONI LYNN BALLENGER,

        Plaintiff,

v.                                                      Case No:  6:14-cv-1200-Orl-40KRS

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's Uncontested Motion for Attorney's Fees (Doc. 21) filed on September 9, 2015. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed September 24, 2015 (Doc. 22), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Uncontested Motion for Attorney's Fees (Doc. 21) is **GRANTED**.

3. The Commissioner of Social Security is **ORDERED** to pay Plaintiff Toni Lynn Ballenger attorney's fees in the total amount of $3,819.01.  The Commission may, in her discretion, pay all or part of the attorney's fees to Plaintiff's counsel should she determine that it is appropriate to do so.

**DONE AND ORDERED** in Orlando, Florida on October 21, 2015.

PAUL G. BYRON  
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties